UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| RESERVOIR CAPITAL CORPORATION (Substitute Plaintiff in place of GIBRALTAR, P.R., INC.), <br><br> Plaintiff <br><br> v. <br><br> FEDERAL INSURANCE COMPANY, <br><br> Defendant | Civ. No. 97-2333 (PG) |

## JUDGMENT

The Court having entered an order approving the parties' Settlement Agreement, it is

**ORDERED and ADJUDGED** that said settlement agreement be and is hereby binding between the parties. FURTHER, it is

**ORDERED AND ADJUDGED** that said settlement agreement be and is hereby made part of this judgment as though set forth in extenso. FURTHER, it is

**ORDERED and ADJUDGED** that the complaint be and is hereby **DISMISSED**.

San Juan, Puerto Rico, August 23, 1999.

JUAN M. PEREZ-GIMENEZ
U. S. District Judge